# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM KOCH, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GATEWAY, INC.,<br><br>　　　　　　　　Defendant. | CASE NO: 05-CV-2229 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |

On September 4, 2007, the parties filed a joint motion to stay this matter. According to the motion, the parties have engaged in productive settlement discussions, and have structured a tentative settlement. However, Defendant's management has been unable to approve the tentative settlement because of a pending purchase of Defendant, and Defendant's management requires additional time to review the tentative settlement.

Accordingly, good cause appearing, the Court hereby **GRANTS** the motion to stay and orders as follows:

　　1.　All discovery in the action is stayed pending Defendant's decision on the tentative settlement.

2. The September 6, 2007 deadline to file a motion for class certification is vacated.

3. A status conference is set for November 19, 2007 at 10:00 a.m. before the Honorable Magistrate Judge Anthony J. Battaglia. Plaintiff's counsel shall initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 5, 2007

_____
Hon. Thomas J. Whelan
United States District Judge