cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM KOCH, MALIK AKRAM, KHOLA HERBERT, DAVID W. MAHY, SHERL DEMARCO GREGORIUS, JAMES PERKINS, JULIE LENZ, AND DUSTY K. BROWER, on behalf of him/herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>GATEWAY, INC., a Delaware corporation,<br><br>Defendants. | Civil No.05cv2229 JLS (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On October 9, 2007, the Court convened a Case Management Conference in the above entitled action. Appearing were Pamela Chalk, Esq. on behalf of plaintiff, Jeff McFarland, Esq. and Scott Watson, Esq. on behalf of defendants.

Counsel report that the settlement is proceeding and matters should be concluded soon. We have a November 19, 2007 Status Conference set and should counsel file the motion for settlement approval with the district judge, we will vacate that hearing date.

IT IS SO ORDERED.

DATED: October 10, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28